**Order entered July 3, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00454-CV

### SHAHRAM MOTLAGH D/B/A UNITED AUTO FINANCE GROUP, Appellant

### V.

### AUCTION CREDIT ENTERPRISES, LLC, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-01381**

## ORDER

Before the Court is appellant's July 2, 2019 motion to reset the deadline for its brief on the merits. In the motion, appellant informs the Court that the reporter's record filed on June 17, 2019 does not include the exhibits admitted at trial. We **GRANT** the motion as follows. We **ORDER** Marcey Poeckes, Official Court Reporter for the 298th Judicial District Court, to file, by **July 15, 2019**, a supplemental reporter's record containing the exhibits admitted at trial.

Appellant's brief on the merits will be due **within thirty days** after the supplemental reporter's record is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order Ms. Poeckes and all parties.

/s/    KEN MOLBERG
       JUSTICE